MARC TOBEROFF (CA State Bar No. 188547)
NICHOLAS C. WILLIAMSON (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs MOONRUNNERS LIMITED
PARTNERSHIP and ROBERT B. CLARK
and Third-Party Defendants/Counterclaimants
GY WALDRON and GY WALDRON
PRODUCTIONS INCORPORATED

ROBERT G. BADAL (Bar No. 081313)
WILLIAM H. FORMAN (Bar No. 150477)
HELLER EHRMAN LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Attorneys for defendants TIME WARNER INC.
WARNER BROS. ENTERTAINMENT INC.
WARNER BROS TELEVISION
PRODUCTION INC., AND VILLAGE ROAD SHOW
PICTURES ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONRUNNERS LIMITED PARTNERSHIP, a limited partnership; and ROBERT B. CLARK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; VILLAGE ROADSHOW PICTURES ENTERTAINMENT, INC., a corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV05 1362 GAF (VBKx)<br><br>STIPULATION AND [~~PROPOSE~~D] PROTECTIVE ORDER REGARDING EXHIBITS FILED IN SUPPORT OF DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S OPPOSITION TO PLAINTIFF MOONRUNNERS LIMITED PARTNERSHIP'S MOTION FOR A PRELIMINARY INJUNCTION |

STIPULATION AND [PROPOSED] PROTECTIVE ORDER CV05 1362 GAF (VBKX)

| | |
|---|---|
| 1 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 2 | |
| 3 | |
| 4 | Third-Party Plaintiffs, |
| 5 | v. |
| 6 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 7 | |
| 8 | |
| 9 | Third-Party Defendants. |
| 10 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 11 | |
| 12 | |
| 13 | Third-Party Counterclaimants, |
| 14 | v. |
| 15 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 16 | |
| 17 | Third-Party Counterclaim Defendants. |

WHEREAS, Plaintiff Moonrunners Limited Partnership ("Plaintiff") filed a Motion for Preliminary Injunction ("Motion") against Defendant Warner Bros. Entertainment Inc. on May 2, 2005;

WHEREAS, Defendant Warner Bros. Entertainment Inc. ("Defendant") will file its Opposition to Plaintiff's Motion ("Opposition") on May 16, 2005 and will include supporting declarations and documents ("Declarations and Exhibits") which Defendant believes contain confidential information which, if disclosed to the public,

could significantly prejudice Defendant's ability to conduct its businesses and/or cause Defendant to violate existing confidentiality agreements;

WHEREAS, Defendant has requested that certain of its Declarations and Exhibits in support of the Opposition be filed under seal pursuant to a protective order;

WHEREAS, Plaintiff is willing to accommodate Defendant's request;

The parties, through their respective counsel and subject to the Court's approval, hereby agree and stipulate as follows:

1. Defendant may designate as *confidential* any Declarations and Exhibits in support of the Opposition (1) which pertain to marketing, financing, production, or distribution of any of Defendant's products; (2) which Defendant believes constitutes, reflects, contains or otherwise discloses trade secrets or other non-public confidential research, development, or commercial information within the scope of Fed.R.Civ.P. 26(c)(7).

2. Any such Declarations and Exhibits so designated as *confidential* may be filed under seal.

3. Access to the Declarations and Exhibits designated *confidential* and filed under seal shall be limited to: (1) the Court and its officers and employees; (2) attorneys of record in this litigation and in-house counsel for the parties, including the secretarial, legal assistants and office staffs of such attorneys; (3) the Parties or employees of any Party who are providing assistance to

///
///
///
///

counsel in this litigation; and (4) any person to which the Parties stipulate in writing or on the record in court or at deposition.

DATED: May 10, 2005         HELLER EHRMAN LLP

By _____
ROBERT G. BADAL
WILLIAM H. FORMAN
Attorneys for Defendants
TIME WARNER INC., WARNER BROS.
ENTERTAINMENT INC., WARNER BROS
TELEVISION PRODUCTION INC., and
VILLAGE ROAD SHOW PICTURES
ENTERTAINMENT, INC.

DATED: May 10, 2005

LAW OFFICES OF MARC TOBEROFF, PLC

By _____
MARC TOBEROFF
NICHOLAS C. WILLIAMSON
Attorneys for Plaintiffs MOONRUNNERS
LIMITED PARTNERSHIP and ROBERT B.
CLARK and Third-Party
Defendants/Counterclaimants GY
WALDRON and GY WALDRON
PRODUCTIONS INCORPORATED

IT IS SO ORDERED,

_____         Dated: May 16, 2005

Hon. Gary A. Feess
United States District Judge

4

STIPULATION AND [PROPOSED] PROTECTIVE ORDER CV05 1362 GAF (VBKX)

counsel in this litigation; and (4) any person to which the Parties stipulate in writing or on the record in court or at deposition.

DATED: May 10, 2005          HELLER EHRMAN LLP

By _____
ROBERT G. BADAL
WILLIAM H. FORMAN
Attorneys for Defendants
TIME WARNER INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS TELEVISION PRODUCTION INC., and VILLAGE ROAD SHOW PICTURES ENTERTAINMENT, INC.

DATED: May 10, 2005

LAW OFFICES OF MARC TOBEROFF, PLC

By _____
MARC TOBEROFF
NICHOLAS C. WILLIAMSON
Attorneys for Plaintiffs MOONRUNNERS LIMITED PARTNERSHIP and ROBERT B. CLARK and Third-Party Defendants/Counterclaimants GY WALDRON and GY WALDRON PRODUCTIONS INCORPORATED

IT IS SO ORDERED:

_____          Dated: May ___, 2005

Hon. Gary A. Feess
United States District Judge

---

4
STIPULATION AND [PROPOSED] PROTECTIVE ORDER CV05 1362 GAF (VBK)

# PROOF OF SERVICE BY MAIL

I, Cheryl Roberts, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 601 S. Figueroa Street, 40th Floor, Los Angeles, CA 90017-5758. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On May 11, 2005, I served the following:

**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXHIBITS FILED IN SUPPORT OF DEFENDANT WARNER BROS. ENTERTAINMENT INC.'S OPPOSITION TO PLAINTIFF MOONRUNNERS LIMITED PARTNERSHIP'S MOTION FOR A PRELIMINARY INJUNCTION**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| Marc Toberoff<br>Nicholas C. Williamson<br>Law Offices of Marc Toberoff, PLC<br>1999 Avenue of the Stars, Suite 1540<br>Los Angeles, CA 90067<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | Attorneys for Moonrunners Limited Partnership and Robert B. Clark, and Third-Party Defendants-Counterclaimants Gy Waldron and Gy Waldron Productions Incorporated |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed at Los Angeles, California, on May 11, 2005.

*/s/ Cheryl Roberts*
Cheryl Roberts