ROBERT G. BADAL (Bar No. 081313)
WILLIAM H. FORMAN (Bar No. 150477)
HELLER EHRMAN LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Attorneys for TIME WARNER, INC.,
WARNER BROS. ENTERTAINMENT INC.,
WARNER BROS TELEVISION
PRODUCTION INC., AND VILLAGE ROADSHOW
PICTURES ENTERTAINMENT, INC.

FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONRUNNERS LIMITED PARTNERSHIP, a limited partnership; and ROBERT B. CLARK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TIME WARNER INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; VILLAGE ROADSHOW PICTURES ENTERTAINMENT, INC., a corporation; and DOES 1-10, ,<br><br>Defendants. | Case No.: CV05 1362 GAF (VBKx)<br><br>[Honorable Gary A. Feess]<br><br>[PROPOSED] ORDER ON WARNER BROS. ENTERTAINMENT INC.'S *EX PARTE* APPLICATION FOR ORDER CLOSING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  June 6, 2005<br>Time:  9:30 a.m.<br>Place: Courtroom 740 |





| | |
|---|---|
| 1 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 2 | |
| 3 | |
| 4 | Third-Party Plaintiffs, |
| 5 | v. |
| 6 | |
| 7 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 8 | |
| 9 | Third-Party Defendants. |
| 10 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 11 | |
| 12 | Third-Party Counterclaimants, |
| 13 | v. |
| 14 | |
| 15 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 16 | |
| 17 | |
| 18 | Third-Party Counterdefendants. |

SCANNED

This Court, having considered Plaintiff Warner Bros. Entertainment Inc's ("Warner") *Ex Parte* Application For Order Closing Hearing on Motion for Preliminary Injunction; the Memorandum of Points and Authorities; the Declaration of William H. Forman and exhibit thereto (collectively, the "Application"); and good cause appearing therefore,

IT IS HEREBY ORDERED:

The Application is GRANTED and the following relief is hereby given:

    a. At the hearing on Plaintiff Moonrunners Limited Partnership's Motion for Preliminary Injunction ("Hearing"), the courtroom shall be cleared of all persons other than attorneys, attorney staff, courtroom personnel, and authorized party representatives during any discussion of confidential information that has been submitted under seal, including, but not limited to, discussion of Warner's internal projections, calculations, and other trade secret information regarding its theatrical motion picture, "The Dukes of Hazzard"; and

    b. For those portions of the Hearing that the courtroom is closed, the corresponding sections of the transcript of the Hearing shall be designated "*confidential*" and kept under seal. Access to the designated *confidential* transcript shall be limited to: (1) the Court and its officers and employees; (2) attorneys of record in this litigation and in-house counsel for the parties, including the secretarial, legal assistants and office staffs of such attorneys; (3)

the Parties or employees of any Party who are providing assistance to counsel in this litigation; and (4) any person to which the Parties stipulate in writing or on the record in court or at deposition.

Dated: June 2, 2005

_____
THE HONORABLE GARY A. FEESS
UNITED STATES JUDGE

Submitted by:

HELLER EHRMAN LLP

By: _____
WILLIAM H. FORMAN

Attorneys for Defendants
TIME WARNER, INC.; WARNER BROS. ENTERTAINMENT INC.;
WARNER BROS TELEVISION PRODUCTION INC.; and
VILLAGE ROADSHOW PICTURES ENTERTAINMENT, INC.

LA 361247 v1

# PROOF OF SERVICE BY DELIVERY

I, Shari Lorand, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Heller Ehrman LLP, 601 South Figueroa Street, 40th Floor, Los Angeles, CA 90017-5758.

On May 27, 2005, I served the within documents:

**[Proposed] Order on Warner Bros. Entertainment Inc.'s Ex Parte Application for Order Closing Hearing on Motion for Preliminary Injunction**

☒ by causing personal delivery by First Legal Attorney Services, Inc. of the document(s) listed above to the person(s) at the address(es) indicated. A Proof of Personal Service by the First Legal employee making such personal service is:
☐ attached to this document, or ☒ will be filed with the Court.

☐ by personally delivering the document(s) listed above to the person at the address set forth below.

| Marc Toberoff<br>Nicholas C. Williamson<br>Law Offices of Marc Toberoff, PLC<br>1999 Avenue of the Stars, Suite 1540<br>Los Angeles, CA 90067<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | Attorneys for Moonrunners Limited Partnership and Robert B. Clark, and Third-Party Defendants-Counterclaimants Gy Waldron and Gy Waldron Productions Incorporated |
|---|---|

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 27, 2005, at Los Angeles, California.

_____
Shari Lorand

PROOF OF SERVICE