# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV05-1362-GAF |
| Date | June 6, 2005 |
| Title | MOONRUNNERS, ET AL. -V- TIME WARNER, ET AL. |



SCANNED

**Present: The Honorable** GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE

| Marilynn Morris | Lisa Gonzalez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
M. Toberoff
N. Williamson

**Attorneys Present for Defendants:**
W. Forman
R. Badal

**Proceedings:** Plaintiff's Motion for a Preliminary Injunction - filed 5-2-05

Matter called. Counsel state their appearances for the record. Counsel argue their motion to the Court. The matter is taken under submission. The Court to prepare a written Order.

IT IS SO ORDERED.



1 : 00

Initials of Preparer