Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
1999 Avenue of the Stars, Suite 1540
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs Moonrunners Limited Partnership and Robert B. Clark and Third-Party Defendants/Counterclaimants Gy Waldron And Gy Waldron Productions Incorporated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONRUNNERS LIMITED PARTNERSHIP, a limited partnership; and ROBERT B. CLARK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; VILLAGE ROADSHOW PICTURES ENTERTAINMENT INC., a corporation; and DOES 1-10,<br><br>Defendants.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>GY WALDRON, and individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation,<br><br>Third-Party Defendants. | Case No. CV05-1362 GAF (VBKx)<br><br>[Hon. Gary A. Feess]<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 2 | |
| 3 | |
| 4 | Third-Party Counterclaimants, |
| 5 | vs. |
| 6 | WARNER BROS. ENTERTAINMENT, INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third-Party Counterclaim Defendants. |
| 11 | |

This matter came before the Court on the motion of Plaintiff Moonrunners Limited Partnership for the entry of a Preliminary Injunction against defendant Warner Bros. Entertainment, Inc. ("Warner Bros."). The Court has read and considered the papers filed in support of, and in opposition to, Plaintiff Moonrunners Limited Partnership's Motion for a Preliminary Injunction, and having considered the oral arguments of counsel, now HEREBY GRANTS the Motion.

WHEREFORE, IT IS HEREBY ORDERED, that in accordance with Rule 65 of the Federal Rules of Civil Procedure, Warner Bros. and its officers, directors, representatives, employees, agents, and all persons acting in concert with it are preliminarily enjoined during the pendency of this action from preparing, producing, editing, distributing, advertising, exploiting, copying, publishing, or licensing, for theatrical release, the feature motion picture entitled "The Dukes of Hazzard" or any other theatrical sequels based on or derived from the feature motion picture entitled "Moonrunners."

1   IT IS HEREBY FURTHER ORDERED, that in accordance with 17
2   U.S.C. § 503(a), during the pendency of this action, all film negatives or film prints,
3   or other materials by means of which such copies may be reproduced of the feature
4   motion picture entitled "The Dukes of Hazzard" be impounded.
5   Warner Bros. shall, within ten (10) days of the date of entry of this
6   Preliminary Injunction, provide a copy of this Preliminary Injunction Order to all of
7   their respective officers, directors, agents, management level employees,
8   distributors, representatives, and partners.
9   This Preliminary Injunction shall take effect immediately upon
10  Plaintiff Moonrunners Limited Partnership filing with the Court an Injunction Bond
11  in the amount of $5,000.00 which the Court finds reasonable and appropriate under
12  the facts and the law.

14  IT IS SO ORDERED.

16  DATED: May 17, 2005

        Hon. Gary A. Feess
        U.S. District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 1540, Los Angeles, California 90067.

On May 2, 2005, I served the attached documents described as:

1. NOTICE OF MOTION AND MOTION OF PLAINTIFF MOONRUNNERS LIMITED PARTNERSHIP'S FOR A PRELIMINARY INJUNCTION

2. DECLARATION OF ROBERT B. CLARK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

3. DECLARATION OF GY WALDRON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

4. DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

5. NOTICE OF LODGING OF EXHIBIT C TO PLAINTIFF MOONRUNNERS LIMITED PARTNERSHIP'S MOTION FOR A PRELIMINARY INJUNCTION PURSUANT TO LOCAL RULE 11-5.1

6. EXHIBIT C TO PLAINTIFF MOONRUNNERS LIMITED PARTNERSHIP'S MOTION FOR A PRELIMINARY INJUNCTION

7. [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

on all interested parties in this action by placing ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

[X] :BY PERSONAL SERVICE:

As follows: I caused the above-named documents to be served at the following address:

Robert G. Badal
William H. Forman
Heller Ehrman White & McAuliffe LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758

[X] :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 2, 2005, in Los Angeles, California.

___Nicholas C. Williamson___
Name

Signature