ROBERT G. BADAL (Bar No. 081313)
WILLIAM H. FORMAN (Bar No. 150477)
HELLER EHRMAN LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Telephone: (213) 689-0200
Facsimile: (213) 614-1868

Attorneys for TIME WARNER, INC.,
WARNER BROS. ENTERTAINMENT INC.,
WARNER BROS. TELEVISION
PRODUCTION INC., AND VILLAGE ROADSHOW
PICTURES ENTERTAINMENT, INC.

FILED
CLERK, U.S DISTRICT COURT
JUN 29 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOONRUNNERS LIMITED PARTNERSHIP, a limited partnership; and ROBERT B. CLARK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> TIME WARNER INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; VILLAGE ROADSHOW PICTURES ENTERTAINMENT, INC., a corporation; and DOES 1-10, , <br><br> Defendants. | Case No.: CV05 1362 GAF (VBKx) <br><br> [Hon. Gary A. Feess] <br><br> **STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 TO DISMISSAL WITH PREJUDICE OF THIRD – PARTY COMPLAINT;** [PROPOSED] **ORDER THEREON** |



DOCKETED ON CM
JUL 1 - 2005
BY _____

| | |
|---|---|
| 1 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 2 | |
| 3 | |
| 4 | Third-Party Plaintiffs, |
| 5 | v. |
| 6 | |
| 7 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 8 | |
| 9 | Third-Party Defendants. |
| 10 | GY WALDRON, an individual; and GY WALDRON PRODUCTIONS INCORPORATED, a corporation, |
| 11 | |
| 12 | Third-Party Counterclaimants, |
| 13 | |
| 14 | v. |
| 15 | WARNER BROS. ENTERTAINMENT INC., a corporation; and WARNER BROS. TELEVISION PRODUCTION INC., a corporation, |
| 16 | |
| 17 | |
| 18 | Third-Party Counterdefendants. |
| 19 | |

DISMISSAL OF THIRD-PARTY COMPLAINT: CV05 1362 GAF (VBKX)

It is hereby stipulated by and between the parties to this action through their designated counsel that the Third-Party Complaint in the above action be and hereby is dismissed with prejudice as to all third-party defendants, with each party to bear its own fees and costs. This stipulation does not affect or dispose of the Counterclaim in this action or of any defenses thereto. This stipulation is made without any admission of liability or fault by any of the undersigned parties.

DATED: June __, 2005         LAW OFFICES OF MARC TOBEROFF PLC

By_____
   MARC TOBEROFF
   NICHOLAS C. WILLIAMSON
   Counsel for Third-Party Defendants
   GY WALDRON and GY WALDRON
   PRODUCTIONS, INC.

DATED: June 28, 2005         HELLER EHRMAN WHITE & McAULIFFE LLP

By_____
   ROBERT G. BADAL
   WILLIAM H. FORMAN
   Counsel for Third-party Plaintiffs
   WARNER BROS. ENTERTAINMENT INC.,
   and WARNER BROS TELEVISION
   PRODUCTION INC.

1  It is hereby stipulated by and between the parties to this action through their
2  designated counsel that the Third-Party Complaint in the above action be and hereby
3  is dismissed with prejudice as to all third-party defendants, with each party to bear its
4  own fees and costs. This stipulation does not affect or dispose of the Counterclaim in
5  this action or of any defenses thereto. This stipulation is made without any
6  admission of liability or fault by any of the undersigned parties.
7
8  DATED: June 28, 2005         LAW OFFICES OF MARC TOBEROFF PLC
9
10                              By _____
11                              MARC TOBEROFF
                                NICHOLAS C. WILLIAMSON
12                              Counsel for Third-Party Defendants
13                              GY WALDRON and GY WALDRON
                                PRODUCTIONS, INC.
14
15
16 DATED: June 28, 2005          HELLER EHRMAN WHITE & McAULIFFE LLP
17
18                              By _____
19                              ROBERT G. BADAL
                                WILLIAM H. FORMAN
20                              Counsel for Third-party Plaintiffs
21                              WARNER BROS. ENTERTAINMENT INC.,
                                and WARNER BROS TELEVISION
22                              PRODUCTION INC.
23
24
25
26
27
28

1
DISMISSAL OF THIRD-PARTY COMPLAINT: CV05 1362 GAF (VBKX)

## [PROPOSED] ORDER RE DISMISSAL

For good cause shown, the Court orders that the Third-Party Complaint of Warner Bros. Entertainment Inc. and Warner Bros Television Production Inc. is hereby dismissed with prejudice as to all third-party defendants. This dismissal does not affect or dispose of the Counterclaim in this action or of any defenses thereto. Each party is to bear its own fees and costs.

IT IS SO ORDERED as of the date set forth below.

DATED 6/29/05

The Honorable Gary A. Feess

U.S. DISTRICT COURT JUDGE FOR THE
CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF SERVICE BY MAIL

I, Cheryl Roberts, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 601 South Figueroa Street, 40th Floor, Los Angeles, CA 90017. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On June 29, 2005, I served the following:

- STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 TO DISMISSAL WITH PREJUDICE OF THIRD - PARTY COMPLAINT; [PROPOSED] ORDER THEREON

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| Marc Toberoff<br>Nicholas C. Williamson<br>Law Offices of Marc Toberoff, PLC<br>1999 Avenue of the Stars, Suite 1540<br>Los Angeles, CA 90067<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101 | Attorneys for Moonrunners Limited Partnership and Robert B. Clark, and Third-Party Defendants-Counterclaimants Gy Waldron and Gy Waldron Productions Incorporated |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 29, 2005, at Los Angeles, California.

_____
Cheryl Roberts

3

STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 TO DISMISSAL WITH PREJUDICE OF THIRD - PARTY COMPLAINT; [PROPOSED] ORDER THEREON